ACCEPTED
05-16-00306-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 10:19 AM
LISA MATZ
CLERK

# THIEBAUD
# REMINGTON
# THORNTON
# BAILEY LLP

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

1/31/2018 10:19:45 AM

LISA MATZ
Clerk

**TY BAILEY**
214.954.2239
tbailey@trtlaw.com

January 31, 2018

*Via E-File*
Ms. Lisa Matz
Clerk of the Court
Fifth Court of Appeals
George L. Allen, Sr. Courts Building
600 Commerce Street,
Suite 200
Dallas, Texas  75202-4658

> *Re:*     **No. 05-16-00306-CV**
> *Drake v. Walker*
> **Our File No. 1022/13734**

Dear Ms. Matz:

Please consider this my *Vacation Letter* with regard to the above-referenced matter.  Please do not schedule any hearings, trials, or other matters related to this litigation during these dates:

1.      March 12-19; and
2.      July 23-31.

As always, thank you for your attention to this matter.

Sincerely,

*/s/Ty Bailey*
Ty Bailey

TB:acm

c:      Mr. Eric Drake – P.O. Box 833688, Richardson, Texas 75083

TWO ENERGY SQUARE
4849 GREENVILLE AVENUE, SUITE 1150
DALLAS, TEXAS 75206
214.954.2200 · 214.754.0999 FAX
www.trtblaw.com